KRISTIN A. PELLETIER, ACTING CITY ATTORNEY
MOSES W. JOHNSON, IV (SBN 118769)
Assistant City Attorney
E-mail: mjohnson@anaheim.net
200 S. Anaheim Boulevard, Suite 356
Anaheim, California 92805
Tel: (714) 765-5169 Fax: (714) 765-5123

Attorneys for Defendants CITY OF ANAHEIM, CITY OF ANAHEIM erroneously sued as CITY OF ANAHEIM POLICE DEPARTMENT, and OFFICER KEVIN FLANAGAN

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BOMAR,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF ANAHEIM, CITY OF ANAHEIM POLICE DEPARTMENT, OFFICER KEVIN FLANAGAN (#A1128), and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.:SACV16-00650 DOC (DFMx)<br><br>**JUDGMENT**<br><br>MSJ Date:  May 1, 2017<br>Time:        9:30 a.m.<br>Place:      9D<br><br>Action Filed:  December 31, 2015<br>Pretrial Date:  May 22, 2017<br>Trial Date:    June 13, 2017 |

This action came on for hearing before the Court, on May 1, 2107, Hon. David O. Carter, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision have been duly rendered,

IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing, that the action be dismissed on the merits.

Dated: May 5, 2017

*/s/ David O. Carter*

Honorable David O. Carter
United States District Judge

122568v1